# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# WESTERN DIVISION

| | |
|---|---|
| ELIZABETH COMER-BECKETT (as assignee of Richard and Gail Martin and in her own right), RICHARD MARTIN, and GAIL MARTIN,<br><br>Plaintiffs,<br><br>v.<br><br>STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY,<br><br>Defendant. | Civ. No. 11-5017-JLV<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the parties, through their respective counsel, that the above-captioned matter has been fully compromised and settled, and is hereby dismissed with prejudice, on the merits, with all parties bearing their own costs, disbursements and fees.

**IT IS FURTHER STIPULATED AND AGREED,** that a judgment of dismissal with prejudice may be entered pursuant to this Stipulation without further notice.

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.

ABOUREZK & ZEPHIER, P.C.

Dated: 2/25, 2014

_____
Robin L. Zephier – filed electronically
Attorneys for Plaintiffs
2020 West Omaha Street
P.O. Box 9460
Rapid City, SD 57709-6900
(605) 342-0097

Mark Allen Koehn, P.C.
PO Box 9655
Rapid City, SD 57709
(605) 394-4951
Attorneys for Plaintiffs

THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK.

MORGANTHEELER, LLP

Dated: February 25, 2014

*(signature)*

John S. Theeler
Attorneys for Defendant
1718 North Sanborn
P.O. Box 1025
Mitchell, SD 57301
(605) 996-5588

*Pro hac vice counsel*

C. Todd Koebele, #17287X (Minnesota)
tkoebele@murnane.com
William L. Moran, #177167 (Minnesota)
wmoran@murnane.com
Scott G. Williams, #348410 (Minnesota)
swilliams@murnane.com

**MURNANE BRANDT**
30 East Seventh Street, Suite 3200
St. Paul, MN 55101
(651) 227-9411