UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | | |
|---|---|---|
| ELIZABETH COMER-BECKETT, as assignee of Richard and Gail Martin and in her own right, RICHARD MARTIN, and GAIL MARTIN, | ) ) ) ) ) ) | CIV. 11-5017-JLV<br><br>JUDGMENT OF DISMISSAL |
| Plaintiffs, | ) ) | |
| vs. | ) ) | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY, | ) ) ) ) ) | |
| Defendant. | ) | |

Pursuant to the parties' stipulation of dismissal (Docket 76), it is hereby

ORDERED, ADJUDGED, AND DECREED that this action is dismissed on its merits with prejudice and with all parties bearing their own costs, disbursements and fees.

Dated February 26, 2014.

BY THE COURT:

/s/ *Jeffrey L. Viken*
JEFFREY L. VIKEN
CHIEF JUDGE